**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Roberto TALAVERA–ROSAS,**
**Defendant–Appellant.**

No. 08–50737
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

---

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jose Montes, Jr., El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Roberto Talavera–Rosas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Talavera–Rosas has moved for appointment of new counsel on appeal. Our independent review of the record, counsel's brief, and Talavera–Rosas's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2. Talavera–Rosas's motion for the appointment of new counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.